UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-8149-DMG (PLAx)** | Date | January 21, 2020 |
| Title | *Yvonne Pina, et al. v. County of Los Angeles, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO PROSECUTE THIS ACTION AND COMPLY WITH THE COURT'S LOCAL RULES AND CASE MANAGEMENT ORDER**

Defendant Giancarlo Scotti unilaterally lodged a Proposed Final Pretrial Conference Order ("PFPTCO") with the Court on January 16, 2020. [Doc. # 59.] Plaintiff Monica Rodriguez did not sign the PFPTCO and there is no indication that she participated in drafting or submitting the document. The Court's Local Rules provide that the PFPTCO "shall be prepared by plaintiff's counsel and signed by all counsel." C.D. Cal. L.R. 16-7. The Court's Case Management Order [Doc. # 30] also mandates compliance with the Local Rules when submitting a PFPTCO. *See* Case Management Order at 5-6. Further, Plaintiff has failed to submit any of the pretrial documents by January 14, 2020 as required by the Case Management Order. *Id*. at Doc. # 30-1.

Given that Plaintiff and her counsel also failed to respond to Defendants' Motions for Summary Judgment, *see* [Doc. # 53], their lack of participation in the judicial process has become concerning. Plaintiff is therefore **ordered to show cause** why the Court should not impose sanctions on her and/or her counsel for failure to prosecute this action and comply with the Court's instructions and Local Rules regarding pretrial procedure. **Plaintiff shall submit a response in writing, not to exceed seven pages, by noon on February 4, 2020.**

**IT IS SO ORDERED.**